IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **HILLMAR PATTERSON JR.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:07-CV-176 (HL) |
| **KEVIN LEE, et al.,** | : | |
| Defendants. | : | |

_____

### ORDER

This matter is before the Court on the Recommendation (Doc. 54) of United States Magistrate Judge G. Mallon Faircloth, entered on February 11, 2010, in which he recommends granting the Motion for Summary Judgment filed by Defendants Kevin Lee, Louis Schofill, David Melton, Buddy Rhoden, Virginia Williams, and John Richards. Plaintiff, Hillmar Patterson Jr., has filed an Objection to the Recommendation. After making a *de novo* review of the Recommendation and considering the Objection, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Defendants' Motion for Summary Judgment (Doc. 33) is granted.

**SO ORDERED**, this the 23rd day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh